ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

FILED _____ ENTERED
LODGED _____ RECEIVED

MAR 2 1 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

UNITED STATES OF AMERICA          *

v.                                *       CRIMINAL NO.: WDQ-12-0163

RICARDO O. CURRY, II              *

*  *  *  *  *  *  *  *  *  *  *  *  *

VERDICT SHEET

1. How do you find Ricardo O. Curry, II as to Count One (aiding and assisting in the preparation and presentation of a false and fraudulent return: 2006)?

   Not Guilty _____        Guilty __✓__

2. How do you find Ricardo O. Curry, II as to Count Two (aiding and assisting in the preparation and presentation of a false and fraudulent return: 2007)?

   Not Guilty _____        Guilty __✓__

3. How do you find Ricardo O. Curry, II as to Count Three (bankruptcy fraud: statement of financial affairs)?

   Not Guilty _____        Guilty __✓__

4. How do you find Ricardo O. Curry, II as to Count Four (bankruptcy fraud: Schedule A)?

   Not Guilty _____        Guilty __✓__

5. How do you find Ricardo O. Curry, II as to Count Five (bankruptcy fraud: amended statement of financial affairs)?

   Not Guilty _____      Guilty __✓__

6. How do you find Ricardo O. Curry, II as to Count Six (bankruptcy fraud: amended Schedule A)?

   Not Guilty _____      Guilty __✓__

7. How do you find Ricardo O. Curry, II as to Count Seven (falsification of records in bankruptcy: statement of financial affairs)?

   Not Guilty _____      Guilty __✓__

8. How do you find Ricardo O. Curry, II as to Count Eight (falsification of records in bankruptcy: Schedule A)?

   Not Guilty _____      Guilty __✓__

9. How do you find Ricardo O. Curry, II as to Count Nine (falsification of records in bankruptcy: amended statement of financial affairs)?

   Not Guilty _____      Guilty __✓__

10. How do you find Ricardo O. Curry, II as to Count Ten (falsification of records in bankruptcy: amended Schedule A)?

    Not Guilty _____      Guilty __✓__

11. How do you find Ricardo O. Curry, II as to Count Eleven (false oath

   Not Guilty _____     Guilty ___✓___

The Jury foreperson shall date and sign this form.

3/20/2013
Date

SIGNATURE REDACTED   SIGNATURE REDACTED
                     Jury Foreperson